IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES HUNTER POOLE,
    Plaintiff,

vs.                                          Case No.: 3:19cv4928/LAC/EMT

TROY BREEDLOVE, JR., et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On December 17, 2019, the undersigned entered an order denying as deficient Plaintiff's motion to proceed in forma pauperis and advising Plaintiff that his complaint was not filed on the court-approved form (ECF No. 4). The undersigned directed the clerk of court to send Plaintiff a civil rights complaint form for use by prisoners in actions under 42 U.S.C. § 1983 and a motion to proceed in forma pauperis and Prisoner Consent Form and Financial Certificate approved for use in the Northern District (*id.*). The undersigned allowed Plaintiff thirty days in which to file an amended civil rights complaint and either pay the $400.00 filing fee or file a completed motion to proceed in forma pauperis (*id.*).

    Less than one month later, Plaintiff filed a notice of change of address, advising the court that his new address was P.O. Box 188, Moultrie, GA 31766,

which is the address for the Colquitt County, Georgia, Sheriff's Office (ECF No. 5). The clerk of court re-sent the previously entered order to the new address; the mail, however, was returned with an indication Plaintiff had been released from the Colquitt County Jail and the mail could not be forwarded (*see* ECF No. 6).

After the mail was returned and Plaintiff had failed to file an amended complaint or motion to proceed in forma pauperis within the time allowed, the undersigned entered an order on February 24, 2020, directing Plaintiff to show cause within thirty days why the matter should not be dismissed for failure to comply with an order of the court and failure to keep the court apprised of his current address (ECF No. 7). The show cause order was also returned to the clerk as undeliverable (ECF No. 8). Plaintiff has not provided an updated address. Based on the Court's inability to contact Plaintiff, the issuance of any further order would be futile.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this matter be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to keep the court apprised of his mailing address.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 11th day of March 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:19cv4928/LAC/EMT

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.