IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES HUNTER POOLE,
    Plaintiff,

vs.                                                              Case No.: 3:19cv4928/LAC/EMT

TROY BREEDLOVE, JR., et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 11, 2020 (ECF No. 9). Efforts have been made to furnish Plaintiff a copy of the Report and Recommendation and give him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable. No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to keep the court apprised of his mailing address.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of April, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**